IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

    Plaintiff,

vs.                               Case No. 14-10005-JTM

David G. Nicholas, Jr.,

    Defendant.

MEMORANDUM AND ORDER

Defendant David G. Nicholas, Jr. is charged with six counts of being a felon in possession of a firearm or ammunition, in violation of 18 U.S.C. § 922 and 924. Although represented by counsel, Nicholas has filed personally a "Jurat" in which he demands evidence of any contracts between himself, "a Natural Man," and the United States of America. (Dkt. 63, at 3, 4). Absent evidence of such a contract, accompanied by "WET INK SIGNATURES," he contends he is not subject to the jurisdiction of the court. (*Id.*)

The defendant's argument is without merit and is denied. *See United States v. Markham*, No. 14-10089-JTM (D. Kan. Jan. 23, 2015) (Dkt. 34, at 3-4); *United States v. Burgoin*, No. 11-40057-04, 2011 WL 6372877, *3-4 (D. Kan. 2011). The defendant is subject to the jurisdiction of the court pursuant to Article I, Section 8 of the United States Constitution and 18 U.S.C. § 3231.

IT IS SO ORDERED this 29th day of January, 2015.

 s/ J. Thomas Marten

J. THOMAS MARTEN, JUDGE